# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVON DRIVE LIONVILLE, LP, et al.,** : | |
| : | **CIVIL ACTION** |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | **NO. 15-3435** |
| **PARKE BANCORP, INC., et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 26th day of July, 2018, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint (Doc. No. 58), Defendants' arguments incorporated by reference from their Motion to Dismiss the Amended Complaint (Doc. No. 43), Plaintiffs' Response (Doc. No. 63), Plaintiffs' arguments incorporated by reference from their Response to the Motion to Dismiss the Amended Complaint (Doc. No. 47), and Defendants' Reply Brief (Doc. No. 69), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Defendants' Motion to Take Judicial Notice of Adjudicative Facts (Doc. No. 59) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,     J.**